UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE    DATE: 08/07/2024
                                  TIME: 2:30 PM
                                ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR FAIRNESS HEARING
### CASE: 2:23-cv-09528-JMW-Garcia v. Faby's Beverage Inc. et al.

APPEARANCES:

  For Plaintiff:    Katelyn Marie Schillaci

  For Defendant:   David S. Feather

Court Reporter/FTR:   2:29-2:38 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Fairness Hearing under *Cheeks v. Pancake House* held for Motion for Settlement (ECF No. [18]).

 ☒ Parties' arguments were heard.

 ☒ For the reasons stated on the record, the Court finds that the Motion for Settlement (ECF No. [18]) is in compliance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and that the settlement and attorneys fees is fair and reasonable and therefor the motion is hereby **granted**. The parties are directed to file a Stipulation of Dismissal on or before **August 26, 2024**.

                       SO ORDERED
                       /s/ *James M. Wicks*
                       JAMES M. WICKS
                       United States Magistrate Judge